JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NHAN N. NGUYEN,<br>Petitioner,<br>v.<br>D. MARIN, *et al.*,<br>Respondents. | Case No. 5:26-cv-02498-JFW-DMK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS HEREBY ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted. Petitioner is to be released immediately from the custody of Immigration and Customs Enforcement on conditions no more restrictive than those in effect when he was most recently detained. In addition, Respondents shall return to Petitioner at the time of his release all confiscated documents and possessions. Respondents shall file a notice of compliance within 72 hours.

Respondents are further enjoined from re-detaining Petitioner without first providing him with individualized notice describing the change in circumstances

//

necessitating his arrest and/or detention, and a pre-deprivation bond hearing before an Immigration Judge at which Respondents will bear the burden of proof.

DATED: August 7, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE